CARTER PHELPS, Respondent, v. RICHARD JUNIUS HILL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES L. APPEL, Respondent, v. FRANK AUDITORE and Another, Defendants, Impleaded with SACRAMENTO STEAMSHIP COMPANY, INC., and Others, Appellants.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH GUTWIRTH and Others, Copartners, etc., Respondents, v. MAX GOLDSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM KUNSTLER, Respondent, v. MAX GOLDSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDWARD A. SPIEGEL, Respondent, v. BURTON & DAVIS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JAMES MANKIN, Respondent, v. JACOB RUPPERT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BERNARD GERLA and Another, Copartners, etc., Respondents, v. MIRACLE DRESS COMPANY, INC., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SYLVIA K. HERZOG, Respondent, v. JACOB HERZOG, Appellant.— Order modified as directed in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BERNICE B. NOVEMBER and Others v. MUTUAL CLEANERS & DYERS, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HELEN S. STEINER v. HOWARD IRVING STEINER.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

DOROTHY AUERBACH v. " JANE " STEINHARDT and Others.— Motion to dismiss appeal denied, with ten dollars costs, with leave to renew after determination of the appeal from an order vacating notice of examination before trial of defendant " Jane " Steinhardt. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ISIDORE B. GOLDSMITH v. JACOB I. EIFERMAN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, etc., v. CORNELIA NEILSON VAN RENSSELAER and Others, Impleaded with ORLANDO VAN RENSSELAER and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.